# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RICKY BRIDGES, | ) ) |
| Defendant. | ) ) ) |

Case No. 12-20084-CM

## MEMORANDUM AND ORDER

This case is before the court on defendant Ricky Bridges's Motion for a Post Sentencing Judicial Recommendation to the Federal Bureau of Prisons (Doc. 953). Mr. Bridges requests that the court recommend that he receive placement in a residential re-entry center (RRC) during the last 12 months of his sentence, which is scheduled to expire on or about March 11, 2019 (Doc. 953 at 3–5).

The location of prisoners is solely within the authority of the Bureau of Prisons ("BOP") and the court generally declines to encroach upon this boundary. *See* 18 U.S.C. § 3621(b); *United States v. Aron*, No. 08-20169-01-KHV, 2015 WL 13650897 n.1 (D. Kan. Apr. 13, 2015) ("Even if the Court had jurisdiction to make such a recommendation at this time, it would not do so . . . the Bureau of Prisons is the entity which ordinarily makes this determination [regarding pre-release placement].").

In November of 2018, Mr. Bridges was granted the placement he requested from the BOP and is set to begin his term of supervision on March 11, 2019. In light of the court's lack of authority to determine placement of prisoners in the custody of the BOP, the court denies his Motion for Post-Sentence Recommendation.

-2-

**IT IS THEREFORE ORDERED** that defendant's Motion for a Post Sentencing Judicial Recommendation to the Federal Bureau of Prisons (Doc. 953) is denied.

Dated this <u>7th</u> day of March, 2019, at Kansas City, Kansas.

<u>s/ Carlos Murguia</u>
**CARLOS MURGUIA**
**United States District Judge**